# UNITED STATES DISTRICT COURT

for the

Western District of Michigan

Southern Division

1:26-cv-3082
Robert J. Jonker
U.S. District Judge
Ray Kent
U.S. Magistrate Judge

FILED - KZ
October 28, 2026 9:44 AM
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
_mg_ Scanned by MW 10/28/26

Kaylyn A-J Smith
~~Kaylyn Smith,~~
922 Ira Avenue, Kalamazoo, MI 49048

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

City of Kalamazoo,
Kimberly Babcock, Valetta Sellers-Evans, Teresa Johnson, in their individual capacity.

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Case No. ________ *(to be filled i*

Jury Trial: *(check one)* ☑ Yes ☐ No

## COMPLAINT FOR A CIVIL CASE

**I. The Parties to This Complaint**

**A. The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | ~~Kaylyn Smith~~ Kaylyn A-J Smith |
| Street Address | 922 Ira Avenue |
| City and County | Kalamazoo |
| State and Zip Code | Michigan 49048 |
| Telephone Number | 269-998-2275 |
| E-mail Address | Kaylynajsmith17@gmail.com |

**B. The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | City of Kalamazoo |
| Job or Title *(if known)* | |
| Street Address | 241 W. South Street |
| City and County | Kalamazoo |
| State and Zip Code | Michigan 49007 |
| Telephone Number | 269-337-8000 |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | Kimberly Babcock |
| Job or Title *(if known)* | Utility Billing Supervisor |
| Street Address | 415 E Stockbridge Avenue |
| City and County | Kalamazoo |
| State and Zip Code | Michigan 49001 |
| Telephone Number | 269-337-8000 |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | Valetta Sellers-Evans |
| Job or Title *(if known)* | Division Manager |
| Street Address | 415 E Stockbridge Avenue |
| City and County | Kalamazoo |
| State and Zip Code | Michigan 49001 |
| Telephone Number | 269-337-8000 |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | Teresa Johnson |
| Job or Title *(if known)* | Deputy Director |
| Street Address | 415 E Stockbridge Avenue |
| City and County | Kalamazoo |
| State and Zip Code | Michigan 49001 |
| Telephone Number | 269-337-8000 |
| E-mail Address *(if known)* | |

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e et seq.; 28 U.S.C. § 1331; and 28 U.S.C. § 1367 (supplemental jurisdiction over Plaintiff's claims under Michigan's Elliott-Larsen Civil Rights Act, MCL 37.2101 et seq.)

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

a. If the plaintiff is an individual

The plaintiff, *(name)* ______________________, is a citizen of the State of *(name)* ______________________.

b. If the plaintiff is a corporation

The plaintiff, *(name)* ______________________, is incorporated under the laws of the State of *(name)* ______________________, and has its principal place of business in the State of *(name)* ______________________.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

a. If the defendant is an individual

The defendant, *(name)* ______________________, is a citizen of the State of *(name)* ______________________. Or is a citizen of *(foreign nation)* ______________________.

b. If the defendant is a corporation

The defendant, *(name)* ______________________, is incorporated under the laws of the State of *(name)* ______________________, and has its principal place of business in the State of *(name)* ______________________.
Or is incorporated under the laws of *(foreign nation)* ______________________, and has its principal place of business in *(name)* ______________________.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

1. Retaliation

Plaintiff began working for the Defendant City of Kalamazoo as a Public Services Coordinator in January 2024. Plaintiff transferred to Utility Billing Coordinator in January 2025 under Defendant Kimberly Babcock. Plaintiff's March 28, 2025 performance review raised no concerns about her work product, accuracy, or productivity. Plaintiff raised concerns with Defendants Kimberly Babcock and Valetta Sellers-Evans regarding lack of training, micromanagement, inconsistent expectations, hostile behavior, and other office concerns. Both defendants discouraged Plaintiff from taking the concerns to Human Resources. On April 10, 2025, Plaintiff submitted a

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Plaintiff filed a charge of discrimination with the EEOC on December 12, 2025. The EEOC issued a notice of write to sue on July 31, 2026. Plaintiff seeks Back pay, Front Pay, Lost Benefits, Emotional distress and mental anguish, Compensatory damages, Punitive damages, and any of relief the court deems just and proper.

Section III — Statement of Claim (Continued)

1. Retaliation

On April 10, 2025, Plaintiff submitted a written document to Human Resources listing ten workplace concerns, including lack of training, micromanagement, inconsistent expectations, intimidation, and hostile behavior. During Plaintiff's meeting with Human Resources, Plaintiff verbally stated that she believed she was being treated differently because of her race and also raised concerns regarding inconsistencies in the training provided to her. Following Plaintiff's communication with Human Resources, on April 16, 2025, Defendant Kimberly Babcock issued a Specific Occurrence Report against Plaintiff. Additionally, on May 5, 2025, Plaintiff received a one-day suspension that was later determined to be improper and ordered removed through mediation. Defendant City of Kalamazoo failed to remove the suspension from Plaintiff's personnel file as ordered.

2. Unequal Treatment and Racial Discrimination

Defendant Kimberly Babcock treated a white male coworker differently from Plaintiff. Plaintiff was punished for her attendance while the white male coworker with attendance issues was never disciplined. Plaintiff was disciplined for the same style of dress that Defendant Kimberly Babcock and another coworker, both white were allowed to wear.

Plaintiff also experienced unequal treatment regarding training. Plaintiff raised concerns with Human Resources regarding inconsistencies in the training provided to her. Plaintiff was subjected to discipline and criticism while still learning the Utility Billing Coordinator position, while a white male coworker was provided continued training and assistance without being subjected to the same discipline.

3. Hostile Work Environment

Plaintiff was told not to speak to coworkers including instructions from supervisors to isolate her. Plaintiff was approached in intimidating, condescending, and disrespectful ways by Defendants Valetta Sellers-Evans, Teresa Johnson, and Kimberly Babcock. Plaintiffs work was scrutinized and questioned without basis following her Human Resources. Plaintiffs November 4, 2025 Specific Occurrence Report was withdrawn after proving to be baseless.

4. Training

Defendant City of Kalamazoo has failed to properly train its supervisors.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 10/28/2024

Signature of Plaintiff: KSmith

Printed Name of Plaintiff: Kaylyn Smith

### B. For Attorneys

Date of signing: ________

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address